1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   GREGORY D. FOLEY,                        No.  15-cv-1079 LJO-GSA

12              Plaintiff,

13       v.                                    **ORDER TRANSFERRING ACTION
                                                 TO THE UNITED STATES DISTRICT
14   CITY OF OCEANSIDE; OCEANSIDE              COURT, SOUTHERN DISTRICT OF
     POLICE DEPARTMENT, and DOES 1-           CALIFORNIA**
15   12,

16              Defendants.

17

18        Plaintiff, Gregory Foley, appearing pro se, filed this civil rights case pursuant to 42 U.S.C.

19   § 1983 on July 14, 2015. (Doc. 1).  A review of the complaint reveals that the events giving rise

20   to this action took place in Oceanside, California, which is located in San Diego County.  San

21   Diego County lies within the jurisdictional boundaries of the United States District Court for the

22   Southern District of California.

23        Title 28 of the United States Code Section 1391(b) provides :

24        A civil action wherein jurisdiction is not founded solely on diversity of citizenship may,
25        except as otherwise provided by law, be brought only in (1) a judicial district where any
          defendant resides, if all defendants reside in the same State, (2) a judicial district in which
26        a substantial part of the events or omissions giving rise to the claim occurred, or a
          substantial part of property that is the subject of the action is situated, or (3) a judicial
27        district in which any defendant may be found, if there is no district in which the action
          may otherwise be brought.

28

                                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   The court is transferring this action to the United States District Court, Southern District of California, because the defendants are all residents of San Diego County, and the events giving rise to the claim occurred there.  *See* 28 U.S.C. § 1391(b)(1) & (2).

   Accordingly, IT IS HEREBY ORDERED that this case is TRANSFERRED to the United States District Court for the Southern District of California.  After transferring this case, the Clerk of the Court shall close this action.


IT IS SO ORDERED.

   Dated:   __**July 19, 2015**__                    _____**/s/ Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE